No. 319. HENRY P. REED ET AL. *v.* VILLAGE OF HIB-BING ET AL. Error to the Supreme Court of the State of Minnesota. Motion to dismiss or affirm submitted January 15, 1923. Decided January 22, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. H. V. Mercer* for plaintiffs in error. *Mr. C. A. Severance, Mr. H. B. Fryberger, Mr. George W. Morgan,* and *Mr. Oscar Mitchell* for defendants in error. [See *post,* 725.]

---

No. 222. JOHN J. McGRATH ET AL. *v.* UNITED STATES. Appeal from the District Court of the United States for the Southern District of New York. Submitted January 15, 1923. Decided January 22, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Elijah N. Zoline* for appellants. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States.

No. 227. PETERS TRUST COMPANY *v.* COUNTY OF DOUG-LAS IN THE STATE OF NEBRASKA. Error to the Supreme Court of the State of Nebraska. Submitted January 16, 1923. Decided January 22, 1923. *Per Curiam.* Affirmed upon the authority of *Van Allen* v. *The Assessors,* 3 Wall. 573; *National Bank* v. *Commonwealth,* 9 Wall. 353, 359; See *Peoples National Bank* v. *Board of Equalization, ante,* 702. *Mr. John F. Stout, Mr. Halleck F. Rose, Mr. Arthur R. Wells* and *Mr. Paul L. Martin* for plaintiff in error. *Mr. William C. Lambert* for defendant in error.